UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Mitchell Barocio

_____,
                    Plaintiff(s),

CASE NO.  C 11-05636 EDL_____

            v.

American Mortgage Express
Corporation, et al._____,
                    Defendant(s).
_____/

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

        Counsel report that they have met and conferred regarding ADR and have reached the
following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
☐       Non-binding Arbitration (ADR L.R. 4)
☐       Early Neutral Evaluation (ENE)   (ADR L.R. 5)
☑       Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is
appreciably more likely to meet their needs than any other form of ADR must participate in an
ADR phone conference and may not file this form. They must instead file a Notice of Need for
ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
☐       Private ADR *(please identify process and provider)* _____

_____

The parties agree to hold the ADR session by:
☑       the presumptive deadline *(The deadline is 90 days from the date of the order
        referring the case to an ADR process unless otherwise ordered.)*

☐       other requested deadline _____

Dated: 2/14/12_____                    /s/ Deborah P. Gutierrez_____
                                         Attorney for Plaintiff

Dated: 2/14/12                           _____
                                         Attorney for Defendant


CONTINUE TO FOLLOWING PAGE

[PROPOSED] ORDER

   [X]   The parties' stipulation is adopted and IT IS SO ORDERED.
   [ ]   The parties' stipulation is modified as follows, and IT IS SO ORDERED.

Dated: 2/29/12

UNITED STATES DISTRICT JUDGE

---

When filing this document in ECF, please be sure to use the appropriate Docket Event, e.g., "Stipulation and Proposed Order Selecting Mediation."

Rev. 12/11

# PROOF OF SERVICE

**Barocio v. American Mortgage Express Corporation, et al.**
**United States District Court - Northern District of California**
**Case No. C11-05636-EDL**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Prosper Law Group, LLP, 6100 Center Drive, Suite 1050, Los Angeles, CA 90045. On February 15, 2012, I served the following document(s) by the method indicated below:

**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**

[ ]    BY CM/ECF ELECTRONIC DELIVERY: In accordance with the registered case participants and in accordance with the procedures set forth at the United States District Court, Central District of California website https://ecf.cacd.uscourts.gov.

[ ]    by transmitting via facsimile on this date the documents listed above to the facsimile numbers set forth below. The transmission was completed before the close of business and was reported complete and without error.

[X]    by placing the document(s) listed above in a sealed envelope via U.S. mail with postage thereon fully prepaid, in the United States Office at Los Angeles, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date on postage meter date is more than one day after the date of deposit in this Declaration.

[ ]    by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below. A copy of the consignment slip is attached to this proof of service.

**(See attached service list)**

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on February 15, 2012, Los Angeles, California.

Shawnee A. Ellington

## Service List

Barocio v. American Mortgage Express Corporation, et al.
United States District Court - Northern District of California
Case No. C11-05636-EDL

Attorney for Defendants Bank of America, N.A. and The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Certificateholders of the CWALT Inc. Alternative Loan Trust 2006-OA12 Mortgage Pass-Through Certificates, Series 2006-OA12 ALTERNATIVE LOAN TRUST 2006-OA12 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OA12
BRYAN CAVE LLP
C. Scott Greene
Allison V. Lippa
Michael J. Peng
2 Embarcadero Center, Suite 1410
San Francisco, CA 94111

PROOF OF SERVICE