UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MITCHELL BAROCIO, an individual, et al.,<br><br>             Plaintiffs,<br><br>      vs.<br><br>BANK OF AMERICA, N.A.; et al.,<br><br>             Defendants. | Case No:  C 11-5636 SBA<br><br>**ORDER DENYING DEFENDANTS' MOTION TO DISMISS AS MOOT**<br><br>Dkt. 13 |

In view of Plaintiffs' filing of a First Amended Complaint on February 2, 2012,

IT IS HEREBY ORDERED THAT Defendants' motion to dismiss the original complaint is DENIED AS MOOT.  This Order terminates Docket 13.

IT IS SO ORDERED.

Dated: February 29, 2012

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge