**BRYAN CAVE LLP**
C. Scott Greene, California Bar Number 277445
Michael J. Peng, California Bar No. 260852
333 Market Street, 25th Floor
San Francisco, CA 94105
Telephone:    (415) 675-3400
Facsimile:    (415) 675-3434
E-mail:       scott.greene@bryancave.com
              pengm@bryancave.com

**BRYAN CAVE LLP**
Nafiz Cekirge, California Bar Number 255710
120 Broadway, Suite 300
Santa Monica, California 90401-2386
Telephone:    (310) 576-2100
Facsimile:    (310) 576-2200
E-Mail:       nafiz.cekirge@bryancave.com

Attorneys for Defendants
BANK OF AMERICA, N.A., and THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2006-OA12 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OA12

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| MITCHELL BAROCIO, an individual, And LAURA BAROCIO, and individual,<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA, N.A.; THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2006-OA12 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OA12; and Does 1 - 10, inclusive,<br><br>Defendants. | Case No.: 4:11-cv-05636-SBA<br><br>**STIPULATION AND ORDER EXTENDING TIME TO COMPLETE MEDIATION**<br><br>**ADR L.R. 6-5(b) and 7**<br><br>Complaint Filed:  November 21, 2011<br>FAC Filed:        February 2, 2012<br>Trial Date:       Not Yet Assigned<br>Judge:            Saundra B. Armstrong |

SF01DOCS\76194.1

STIPULATION TO EXTEND MEDIATION DEADLINE

**STIPULATION**

This Stipulation is entered into by Plaintiffs MITCHELL BAROCIO and LAURA BAROCIO ("Plaintiffs") and Defendants BANK OF AMERICA, N.A., and THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2006-OA12 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OA12 (collectively, "Defendants").

WHEREAS, on February 29, 2012, this Court entered an Order referring this case to mediation and setting a mediation deadline of May 30, 2012;

WHEREAS, on March 19, 2012, the ADR unit appointed Arthur D. Levy as mediator;

WHEREAS, on March 29, 2012, pursuant to the Court's March 19, 2012 Order and ADR L.R. 6-6, the parties engaged in telephone conference with Mr. Levy;

WHEREAS, a hearing on Defendants' Motion to Dismiss Plaintiffs' Complaint is set for May 15, 2012;

WHEREAS, Plaintiffs and Defendants agree that a more effective mediation may be conducted at a time following the May 15, 2012 hearing on Defendants' Motion to Dismiss;

WHEREAS, Plaintiffs and Defendants agree that they would like additional time to schedule and complete mediation;

/ / /

/ / /

/ / /

/ / /

/ / /

Bryan Cave LLP
333 Market Street, 25th Floor
San Francisco, CA 94105

1  NOW, THEREFORE, Plaintiffs and Defendants desire and hereby **STIPULATE** that they shall have until, and including, 60 days after the Court's final ruling on Defendants' Motion to Dismiss is entered to complete mediation.

**IT IS SO STIPULATED.**

Dated: April 5, 2012

**PROSPER LAW GROUP, LLP**
Andrea R. Williams
By: /s/ *Andrea R. Williams*
　　　Andrea R. Williams
Attorney for Plaintiffs
MITCHELL BAROCIO and LAURA BAROCIO

Dated: April 5, 2012

**BRYAN CAVE LLP**
Michael J. Peng
By: /s/ *Michael J. Peng*
　　　Michael J. Peng
Attorneys for Defendants
BANK OF AMERICA, N.A.; *et al.*

*Bryan Cave LLP*
*333 Market Street, 25th Floor*
*San Francisco, CA 94105*

SF01DOCS\76194.1

2

STIPULATION TO EXTEND MEDIATION DEADLINE

**ORDER**

Having reviewed the stipulation of Plaintiffs MITCHELL BAROCIO and LAURA BAROCIO ("Plaintiffs") and Defendants BANK OF AMERICA, N.A., and THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2006-OA12 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OA12 ("Defendants"), and good cause appearing,

**IT IS HEREBY ORDERED THAT** Plaintiffs and Defendants shall have until, and including, 60 days following the Court's ruling on Defendants' Motion to Dismiss (currently scheduled for hearing on May 15, 2012) to complete mediation.

Dated: April 25, 2012

_____
**Hon. Saundra B. Armstrong**
United States District Court Judge
Northern District of California