UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MITCHELL BAROCIO, an individual, and LAURA BAROCIO, an individual,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>BANK OF AMERICA, N.A.; THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2006-OA12 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OA12; and Does 1 - 10, inclusive,<br><br>　　　　Defendants. | Case No:  C 11-5636 SBA<br><br>**ORDER STRIKING PLAINTIFFS' OVERSIZED OPPOSITION BRIEF** |

　　　Plaintiffs have filed a twenty-one page opposition to Defendants' motion to dismiss. Dkt. 25.  Under this Court's Standing Orders, the maximum page limit for motions and oppositions thereto is fifteen pages.  Dkt. 9 at 5.  The Standing Orders further state that any brief filed "in an improper manner or form shall not be received or considered by the Court."  Id.; see Swanson v. U.S. Forest Serv., 87 F.3d 339, 345 (9th Cir. 1996) (courts have discretion to strike oversized briefs).  Accordingly,

　　　IT IS HEREBY ORDERED THAT Plaintiffs' opposition brief (Dkt. 25) is STRICKEN from the record.  Plaintiffs shall have until May 11, 2012 to refile their opposition in conformity with the Court's Standing Orders.  Defendants may file a revised

1  reply by no later than May 18, 2012.  The motion hearing scheduled for May 15, 2012 is
2  CONTINUED to <u>June 12, 2012 at 1:00 p.m.</u>   The Court may resolve the motion without
3  oral argument.  Civ. L.R. 7-1(b).  The parties are advised the check the Court's website to
4  determine whether an appearance on the motion is required.
5      IT IS SO ORDERED.
6  Dated: May 7, 2012                                            _____
7                                                      SAUNDRA BROWN ARMSTRONG
                                                    United States District Judge