**FILED**

JUL 1 2 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND



# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| MITCHELL BAROCIO, an individual, and LAURA BAROCIO, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA, N.A.; THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT INC. ALTERNATIVE LOAN TRUST 2006-OA12 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OA12; and Does 1 – 10, inclusive,<br><br>Defendants. | CASE NUMBER: **4:11-cv-05636-SBA**<br><br><br><br>**ORDER RE: REQUEST FOR SUBSTITUTION OF ATTORNEY** |
|---|---|

The Court, having considered the Plaintiff's Request for Substitution of Attorney filed in conjunction with this order, **ORDERS THAT:**

The Plaintiff's Request for Substitution of Attorney is granted.  Plaintiffs' counsel of record is now:

>Penelope P. Bergman (SBN 220452)
>penlope@b-g-law.com
>Deborah P. Gutierrez (SBN 240383)
>Bergman & Gutierrez LLP
>6100 Center Drive, Ste 1050
>Los Angeles, CA  90045
>Tel:  310-893-6219
>Fax: 310-988-2930

Dated: 7-12-12

_____
United States District Judge