**FILED**

JUL 1 2 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| MITCHELL BAROCIO, an individual, and LAURA BAROCIO, an individual, | CASE NUMBER: **4:11-cv-05636-SBA** |
|---|---|
| Plaintiffs, vs. | |
| BANK OF AMERICA, N.A.; THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT INC. ALTERNATIVE LOAN TRUST 2006-OA12 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OA12; and Does 1 – 10, inclusive, Defendants. | **ORDER RE: REQUEST FOR SUBSTITUTION OF ATTORNEY** |

The Court, having considered the Plaintiff's Request for Substitution of Attorney filed in conjunction with this order, **ORDERS THAT:**

The Plaintiff's Request for Substitution of Attorney is granted. Plaintiffs' counsel of record is now:

Penelope P. Bergman (SBN 220452)
penlope@b-g-law.com
Deborah P. Gutierrez (SBN 240383)
Bergman & Gutierrez LLP
6100 Center Drive, Ste 1050
Los Angeles, CA 90045
Tel: 310-893-6219
Fax: 310-988-2930

Dated: 7-12-12



United States District Judge