**BERGMAN & GUTIERREZ LLP**
Penelope P. Bergman, Esq., SBN 20452
Deborah P. Gutierrez, Esq., SBN 240383
Andrea R. Smith, Esq., SBN 242106
6100 Center Drive, Suite 1050
Los Angeles, CA 90045
T: (310) 893-6200  F: (310) 988-2930
Email: andrea@b-g-law.com

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITCHELL BAROCIO, an individual, and LAURA BAROCIO, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> BANK OF AMERICA, N.A.; THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT INC. ALTERNATIVE LOAN TRUST 2006-OA12 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OA12; and Does 1 – 10, inclusive, Defendants. | CASE NUMBER: <br> **4:11-cv-05636-SBA** <br><br><br><br><br><br> **ORDER RE: REQUEST FOR DISMISSAL OF REMAINING CLAIMS WITHOUT PREJUDICE** |

   The Court, having considered Plaintiffs Request for Dismissal of the remaining causes of action <u>without</u> Prejudice filed in conjunction with this order, **ORDERS THAT:**

   X   The Plaintiffs Request for Dismissal of the Remaining Causes of Action WITHOUT Prejudice is GRANTED.


Dated:     9/25/12                          *Saundra B Armstrong*
                                            United States District Judge Judge